UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL -1 AM 10: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
) CASE NO. 04-20244-M1
v. )
)
RONNIE HENRY )
)

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM

Special Assistant United States Attorney David N. Pritchard applies to the Court for a Writ to have <u>WILLIE GATEWOOD, RNI # 14589, DOB: 12/26/1956, BOOKING # 04139401</u>, now being detained in the Shelby County Penal Farm appear for trial on Tuesday, July 5, 2005 at 9:00 a.m. and such other appearances as this Court may direct.

Respectfully submitted on July 1, 2005.

_____
David N. Pritchard
Special Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN, Sheriff/Warden, Shelby County Penal Farm:

YOU ARE HEREBY COMMANDED to have <u>WILLIE GATEWOOD, RNI # 14589, DOB: 12/26/1956, BOOKING # 04139401</u>, appear at the United States District Court on the date and time aforementioned. ( McCalla )

ENTERED this 1st day of July, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-1-05

_____
UNITED STATES MAGISTRATE JUDGE

80

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:04-CR-20244 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT