IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 12 PM 12: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ___ MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | CR. NO. 04-20244-M1 |
| | ) | |
| RONNIE HENRY | ) | |
| Defendant. | ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on July 5, 2005, the United States Attorney for this District, David Pritchard, representing the Government, and the defendant, Ronnie Henry, appearing in person and with counsel, Randall Salky.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on July 8, 2005, and announced a verdict of GUILTY as to Count 1 of the Indictment.

Jurors were polled individually.

The **SENTENCING HEARING** is **SET** on **FRIDAY, OCTOBER 7, 2005 at 8:45 A.M.** in Courtroom Number 4, 9th Floor, before Judge Jon Phipps McCalla.

Defendant was remanded to the custody of the United States Marshal.

ENTERED this the ___8___ day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on __7-12-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 95 in case 2:04-CR-20244 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT